854 A.2d 477

**COMMONWEALTH of Pennsylvania, Appellant**

**v.**

**Shane Antoine THOMAS, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided July 22, 2004.

Janna Rae Steinruck, Wilmington, OH, for Com.

David L. Blanck, Lancaster, James Jude Karl, for Shane Antoine Thomas.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings.

*See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.